# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NAY'LOR SCOTT,
Inmate No. P12264,

    Plaintiff,

v.                                         CASE NO. 3:16cv118/MCR/EMT

CAPTAIN CANNON,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 9, 2017. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. This dismissal is deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this 9th day of June, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**